In the Matter of MANUEL N. ZAPATA and SARA HALBERT, Attorneys, Respondents. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, March 11, 1975.

*John G. Bonomi* for petitioner.

*Charles S. Desmond* for respondents.

*Per Curiam.* By our order of December 30, 1974 (46 A D 2d 333), both respondents were directed to be suspended from the practice of law for the period of one year. The charges were neglect of professional duty in respect of a case in which retained, and obstruction of an official inquiry by the offer of money to a complainant. Respondents have moved for reconsideration on the basis of additional papers, as well as submissions by *amici curiae.* We have examined these materials and have reconsidered, and the motion is granted to the extent hereinafter set forth.

We found erroneously that respondent Halbert was involved in both charges. As is commendably conceded by petitioner,

that respondent was concerned only in the second of the two charges, the offer of money to the complainant. As to Zapata, his involvement in that charge apparently consisted of little more than approval of and consent to Halbert's endeavor to mollify the complainant; this is not, however, to lessen his involvement in the neglect charge. Thus, each respondent participated as the chief actor in one of two separate facets of what is actually one continuing episode of professional misconduct. We regard each of these two aspects, neglect of duty and obstruction of inquiry, as of equal gravity, and we are persuaded therefore that the same sanction should be imposed in each case. We have, however, re-examined the history of the respondents' otherwise impeccable professional history, as well as their unselfish and uncompensated community service and, on reconsideration, we conclude that our prior order should be modified to reduce the suspension therein imposed to a period of three months each, to commence May 30, 1975.

MARKEWICH, J. P., LUPIANO, TILZER and CAPOZZOLI, JJ., concur.

Motion granted and, upon reargument, order of this court entered on December 30, 1974, is modified insofar as to reduce the suspension of respondents from practice as attorneys and counselors at law in the State of New York to a period of three (3) months each, effective May 30, 1975.